AO 442 (Rev. 12/85) Warrant for Arrest  AUSA DIANA L.W. FERNANDEZ INS S/As JOHN GERSHKOFF/LENA BERHOLCS

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

VLADIMIR LVOVICH YAROSH

**WARRANT FOR ARREST**

SFP 2 6 2000

CASE NUMBER: 00-6281

CR-RYSKAMP

MAGISTRATE JUDGE
JOHNSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____VLADIMIR LVOVICH YAROSH_____
                                                          Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) Conspiracy to commit passport and visa fraud, Passport Fraud, and Visa Fraud

in violation of Title _18_ United States Code, Section(s) _371, 1543, 1546, 2_

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_signature_
Signature of Issuing Officer

9/26/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 100,000 personal surety bond
AND  $10,000 corporate surety bond
     with Nebbia requirement

by ___UNITED STATES MAGISTRATE JUDGE___

BARRY S. SELTZER
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |