UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6281 CR Ryskamp/Johnson

UNITED STATES OF AMERICA,

vs

VLADIMIR LVOVICH YAROSH,

Defendant.

_____/

CLERK'S NOTICE CORRECTING CLERICAL ERROR

Pursuant to this District's policy of Random Case Assignment and due to a clerical error during the Clerk's assignment process, the above referenced case was INCORRECTLY assigned on the cover sheet and pleadings as Case Number 00-6281 CR Ryskamp/Johnson .

The correct Case Number is 00-6281 CR Highsmith/Garber . Therefore, all papers submitted for filing shall bear the CORRECTED case number and judicial officer as follows:

00-6281  CR Highsmith/Garber.

Entered in West Palm Beach, Florida, this 27th day of September, 2000.

CLARENCE MADDOX, Clerk

By: _____
    Deputy Clerk

cc:   District Judges
      Magistrate Judges
      Diana L.W. Fernandez, AUSA
      Patrick M. Hunt, AFPD