koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO __00-6281-CR-HIGHSMITH__

UNITED STATES OF AMERICA

    Plaintiff,

v.

VLADIMIR LVOVICH YAROSH
    Defendant.
_____/ (defendant surrendered)

**ORDER ON INITIAL APPEARANCE**
Language _____RUSSIAN_____
Tape No. __00C 68 - 240__
AUSA __DIANA FERNANDEZ__
Agent _____

The above-named defendant having/been arrested on __10-6-00__ having appeared before the court for initial appearance on __10-6-00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. __John Rosenthal__ appeared as permanent/temporary counsel of record.
   Address: __12955 Biscayne Blvd, #202, No. Miami, FL__
   Zip Code: __33181__ Telephone: __891-0066__

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2000.

4. Arraignment/Preliminary/Removal/Identity hearing is set for __10am__ __held 10-5-00__, 2000.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____ A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am_____, 2000.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   __Stip. $100,000 PSB__

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
✓ a. Surrender all passports and travel document to the Pretrial Services Office.
✓ b. Report to Pretrial Services as follows: __2__ times a week by phone, __1__ time a week in person; other: _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
✓ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
✓ j. Comply with the following additional special conditions of this bond:
__may travel to Romania 10-7-00 - 10/12/00__
__surrender passport 10-13-00__

(stamp: NONE OF SIGNATORIES MAY SELL, PLEDGE, MORTGAGE, HYPOTHECATE, ENCUMBER, ETC. ANY PROPERTY THEY OWN, REAL OR PERSONAL, UNTIL BOND(S) ARE DISCHARGED)

This bond was set:     At Arrest _____
                         On Warrant _____
                         After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 5 day of October, 2000.

                                           **UNITED STATES MAGISTRATE JUDGE**
                                           **BARRY L. GARBER**

c: Assistant U.S. Attorney
    Defendant
    Counsel
    U.S. Marshal
    Pretrial Services/Probation