UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6281-CR-HIGHSMITH

UNITED STATES OF AMERICA

vs.

VLADIMIR LVOVICH YAROSH
          Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _on bond_

Language: RUSSIAN

    The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: _____

                    Tel. No: _____

Defense Counsel:  Name   : _John Rosenthal_
                Address: _12955 Biscayne Blvd_
                         _No. Miami, FL 33181 #202_
                Tel. No: _891-0066_

Bond Set/Continued: _$100,000 PSB_

Dated this 5th day of October, 2000.

                CLARENCE MADDOX, CLERK

                BY__Karen Sussmann_____
                    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney _Diana Fernandez_
   Defense Counsel
   Pretrial Services
formarra.ign

TAPE NO. 00C _68_
DIGITAL START NO. _2140_