CASE NUMBER   00-6281-CR-HIGHSMITH

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE_____    RUSSIAN

DEFENDANT(S) ____ VLADIMIR LVOVICH YAROSH

_____

_____

_____

