FILED by _____ D.C.

OCT 11 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6281-CR-HIGHSMITH

UNITED STATES OF AMERICA

vs.

VLADIMIR LVOVICH YAROSH

_____/

**NOTICE OF CRIMINAL TRIAL**

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for **Criminal Jury Trial** before the Honorable Shelby Highsmith, United States District Judge, at the Federal Justice Building, 99 Northeast 4th Street, Tenth Floor, Courtroom Five, Miami, Florida, during the two week period commencing, **November 20, 2000**, or as soon thereafter as the case may be called.

PLEASE TAKE FURTHER NOTICE that a **Calendar Call** will be held at **noon** on **Friday, November 17 2000** at the same location. **ALL COUNSEL MUST BE PRESENT.**

1.   If subsequent to receipt of this order any counsel receives a written notice of trial from another judge, in either state or federal court, that in any way conflicts with this trial's scheduled setting, it is the obligation of that attorney to notify the presiding judge immediately so that said judge may consider rescheduling his or her calendar, thus leaving counsel conflict free for this case.  *The trial setting in this case is firm.*

2.   Any negotiated pleas shall be taken not later than ten days prior to trial.

-1-



3. All requests for Writs Ad Testificandum **must** be filed not later than 14 business days prior to the first day of the scheduled trial period to insure adequate time for processing.

4. Counsel shall be prepared to conduct limited voir dire following the Court's general questioning of the panel. In addition, counsel shall submit to the Court, at the **Calendar Call,** proposed jury instructions, in typed form, including substantive charges and defenses. Eleventh Circuit Pattern Instructions, 1997 Edition, may be referred to by listing only the instruction number and page number.

5. All responses pursuant to the Standing Discovery Order and/or Local Rule 88.10 shall be provided in a timely fashion in accordance with the dates scheduled by the Magistrate Judge. Noncompliance can result in sanctions. Fed. R. Evid. 404(b) notice **shall** include a specific factual basis for the evidence sought to be introduced.

6. All counsel shall submit to the Court at **Calendar Call,** a typed list of proposed witnesses and/or exhibits to be presented at trial. All exhibits to be offered into evidence must be pre-labeled in accordance with the proposed exhibit list. GOVERNMENT EXHIBITS SHALL BE DESIGNATED, NUMERICALLY; DEFENSE EXHIBITS, ALPHABETICALLY.

7. Counsel are instructed that arrangements for appropriate clothing for Defendants in custody must be made with the Bureau of Prisons at least seven (7) days prior to the scheduled trial date.

8. **Upon receipt of this order, counsel are directed to certify with the Court's Courtroom Deputy the necessity of an interpreter for the defendant.**

9.  COUNSEL ARE FURTHER INSTRUCTED TO NOTIFY THE COURT, AT LEAST 24 HOURS PRIOR TO ANY HEARINGS OR TRIAL, IF AN INTERPRETER IS REQUIRED, INCLUDING THE STAGE OF THE TRIAL WHEN AN INTERPRETER WILL BE NECESSARY.

10. If either party seeks to introduce transcript(s) at trial, the moving party shall present a copy to all counsel not less than ten (10) days prior to the scheduled trial date. If a transcript cannot be agreed upon, each party shall produce its own version of the transcript for presentation to the trier of fact. Government counsel shall notify the case agent/client agency of this requirement.

11. Counsel are encouraged to reduce all stipulations to writing prior to trial.

12. All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion as required by Local Rule 88.9.

13. Any attorney seeking exoneration of a cash bond shall obtain a copy of this Court's Form Motion and Order for Disbursement of Bond from the Courtroom Deputy and submit said document for approval.

14. If defense counsel foresees that a sentencing hearing will take more than thirty (30) minutes, the Court's Courtroom Deputy should be advised not later than five (5) days prior to the hearing.

15. **Counsel are directed to comply with Local Rule 88.5 requiring the filing of speedy trial reports every 20 days hereafter until time of trial or plea.**

16. All anticipated <u>Jencks</u> material shall be turned over to

defense counsel not later than the morning of the first day of trial. Said material shall include a face sheet for defense counsel to sign and date, acknowledging receipt.

DONE AND ORDERED this 11th day of October, 2000.

_____
For    SHELBY HIGHSMITH
United States District Judge

cc: Magistrate Judge Garber
    AUSA, Diana Fernandez, Esq. (Ft. Lauderdale)
    John Rosenthal, Esq.
    Pretrial Services