AO 442 (Rev. 12/85) Warrant for Arrest  AUSA DIANA L.W. FERNANDEZ INS S/As JOHN GERSHKOFF/LENA BERHOLCS

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  510023

UNITED STATES OF AMERICA

v.

VLADIMIR LVOVICH YAROSH

## WARRANT FOR ARREST

CASE NUMBER: **00-6281**

CR-RYSKAMP *Highs*

MAGISTRATE JUDGE
JOHNSON

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ VLADIMIR LVOVICH YAROSH _____

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)  Conspiracy to commit passport and visa fraud, Passport Fraud, and Visa Fraud

in violation of Title 18 _ United States Code, Section(s) 371, 1543, 1546, 2

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ 100,000 personal surety bond
AND $10,000 corporate surety bond
with Nebbia requirement

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

9/26/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

_(signature)_

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Miami, FL | | |
| DATE RECEIVED 9/26/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER _(signature)_ |
| DATE OF ARREST 10/5/00 | | Edward Purchase, SDUSM |