UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED

NOV - 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

United States of America,

vs.

Case No. 00-CR-6281-HIGHSMITH
MAGISTRATE JUDGE GARBER

Vladimir Yarosh.
_____/

## JOINT SPEEDY TRIAL REPORT

The United States of America, through its undersigned Assistant United States Attorney, and defendant Vladimir Yarosh, through his undersigned counsel, file this Speedy Trial Report.

Defendant was indicted on the instant charges on September 26, 2000. He thereafter surrendered to the United States Marshal's Office and made his initial appearance before Magistrate Judge Garber on October 5, 2000, at which time he was also arraigned.

Therefore, as of November 3, 2000, twenty-nine (29) days of nonexcludable time will have elapsed under the Speedy Trial Act. Therefore, forty-one (41) days remain within which to commence trial herein. See 18 U.S.C. § 3161(c)(1).

DATED:    November 3, 2000

Respectfully submitted,

| | |
|---|---|
| Guy A. Lewis<br>United States Attorney<br>Southern District of Florida<br>500 East Broward Boulevard<br>Fort Lauderdale, Florida 33394<br>Tel. 954-356-7392<br>Fax. 954-356-7230<br><br>By: _____<br>Diana L.W. Fernandez<br>Court ID No. A5500017 | Malman, Malman & Rosenthal<br>Attorneys for Yarosh<br>12955 Biscayne Boulevard<br>Suite 202<br>North Miami, Florida 33181<br>Tel. 305-891-0066<br>Fax. 305-891-1015<br><br>By: _____<br>Jonathan H. Rosenthal<br>Florida Bar No. 126764 |