UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES

vs.

Case No. 00-CR-6281-Highsmith
MAGISTRATE JUDGE GARBER

Vladimir Yarosh.
_____/

## NOTICE OF UNAVAILABILITY

**YOU ARE HEREBY NOTIFIED** that undersigned counsel for Yarosh Vladimir will be unavailable from November 19-26, 2000. Undersigned respectfully requests that no hearings or other pleadings be filed/scheduled which require a timely response or attendance during this time period; and that all pending matters be abated during this period of time.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via United States mail to Diana Fernandez, Esquire, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33394 this 3 day of November, 2000.

Respectfully submitted,

Malman, Malman & Rosenthal
12955 Biscayne Boulevard
Suite 202
North Miami, Florida 33181
Tel. (305) 891-0066
Fax. (305) 891-1015

BY: _____
Myles H. Malman
Florida Bar No. 0776084