UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6281-CR-HIGHSMITH

UNITED STATES OF AMERICA,

vs.

VLADIMIR YAROSH

_____/

FILED by ___ D.C.
NOV 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### NOTICE SETTING HEARING

**PLEASE TAKE NOTICE** that the above-styled case is hereby set for a **Change of Plea Hearing** on **Monday, November 27, 2000 at 9:00 a.m.** before the Honorable Shelby Highsmith, at 99 N.E. 4th Street, Courtroom 5, 10th Floor, Miami, Florida 33132.

**DATED** this 13th day of November, 2000.

BY ORDER OF THE COURT

Clarence Maddox
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

cc: AUSA, Diana Fernandez, Esq.
    John Rosenthal, Esq.
    U.S. Pretrial Service Office
    Russian Interpreter needed

