CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE SHELBY HIGHSMITH, PRESIDING

RECEIVED & FILED IN OPEN COURT
on 11-27-00 AT
MIAMI, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

Case No. 00-6281-CR-SH   Date 11-27-00
Clerk CFoster   Reporter Randy Belsvik
USPO _____   Interpreter _____

UNITED STATES OF AMERICA v. Vladimir Yarosh

AUSA Diana Fernandez   Defense Counsel Miles

Defendant(s): Present ✓   Not Present ____   In Custody ____
Reason for Hearing: Change of Plea

Result of Hearing: ∆ entered a plea of Guilty as to Ct I; case set for sentencing 2-5-01 @ 9:00 AM.

Case Continued to: _____   Time _____   For _____

Misc.: _____

