UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Vladimir Yarosh

CASE NO. 00-6281-Highsmith

NOTICE OF SENTENCING DATE

RECEIVED & FILED IN OPEN COURT
ON 11-27-00 AT
Miami, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable __Shelby Highsmith__, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on __February 5__, 20__01__ at __9:00 A__.M. for imposition of sentence. On that date, report to the Federal Justice Building, Courtroom __5__, 99 N.E. 4th Street, Miami, FL 33132, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: __C Foster__
Courtroom Deputy Clerk

DATE: __11-27-00__
COUNSEL: __Myles Malman__
RECEIVED: _____
(Defendant)

| | | | |
|---|---|---|---|
| GUILTY PLEA | ☑ BOND | ☑ | TO COUNT(S) __I__ |
| TRIAL | ☐ FEDERAL CUSTODY | ☐ | TO TOTAL COUNTS _____ |
| NOLO PLEA | ☐ STATE CUSTODY | ☐ | ASST. U.S. ATTY __Diane Fernandez__ |
| | ☐ U.S.M. CUSTODY | ☐ | |

Copies to:   United States Attorney         United States Marshal
             Probation Department           Pre-Trial Services
             Defense Counsel                Defendant