UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.  CASE NO. 00-6281-CR-HIGHSMITH

VLADIMIR LVOVICH YAROSH.

_____/

FILED by ___ D.C.
NOV 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY PRE-TRIAL SERVICES REPORTING SCHEDULE

The Defendant, Vladimir Lvovich Yarosh ("Yarosh"), by and through counsel, has *ore tenus* moved this Court for an Order modifying the frequency of his in-person reporting to Pre-Trial Services to once each month.

This Court, having considered Yarosh's motion, noting that the United States and the Pre-Trial Services Office do not oppose same, and being otherwise duly advised in the premises, hereby

ORDERS and ADJUDGES said Motion is GRANTED.

Yarosh shall report to his Pre-Trial Services officer once each month in person, as directed by his Pre-Trial Services officer.

DONE and ORDERED in Chambers, at Miami, Florida this ___ day of November, 2000.

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

Copies to:   Diana L.W. Fernandez, Esquire
Jonathan H. Rosenthal, Esquire
Carol Sirotta, United States Pre-Trial Services