UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

United States of America,

vs.

Vladimir Yarosh.
_____/

Case No. 00-CR-6281-HIGHSMITH
MAGISTRATE JUDGE GARBER

### NOTICE OF PAYMENT OF SPECIAL ASSESSMENT

The Defendant, Vladimir Yarosh, by and through counsel, hereby notifies that he has paid the Special Assessment of $100.00 in full to the Clerk of this Honorable Court.

Appended hereto is a copy of the receipt confirming this payment.

Respectfully submitted,

Malman, Malman & Rosenthal
12955 Biscayne Boulevard
Suite 202
North Miami, Florida 33181
Tel. 305-891-0066
Fax. 305-891-1015

BY: _____
Jonathan H. Rosenthal
Florida Bar No. 126764

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and United States mail to Diana L.W. Fernandez, Esquire, Office of the United States Attorney, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 and Frank E. Smith, United States Probation Office, Southern District of Florida, 299 East Broward Boulevard, Suite 409, Fort Lauderdale, Florida 33301 this 20th day of December, 2000.

By: _____
Jonathan H. Rosenthal

```
Mon Dec 18 11:29:26 2000

    UNITED STATES DISTRICT COURT
    MIAMI           , FL

Receipt No.    100 833720
Cashier         camacho

Tender Type  CHECK

Check Number: 1199

Transaction Type   C

Case No./Def No. 1:00-CR-006281/   1

DO Code    Div No     Acct
  4600       1        504100

Amount          $    100.00

YAROSH VLADIMIR

ASSESSMENT
```