CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE SHELBY HIGHSMITH, PRESIDING



FILED by _____ D.C.
FEB 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6281-CR-Highsmith    Date February 5, 2001
Clerk A. Green-Dixon    Reporter Randy Belsvik
USPO Maria Monge    Interpreter Russian

**UNITED STATES OF AMERICA** v. Vladimir Yarosh (3)

AUSA Daina Fernandez    Defense Counsel John Rosenthal, Esq.
Counsel Malnow, Esq.

Defendant(s): Present ✓  Not Present ____  In Custody ____

Reason for Hearing: Sentencing

Result of Hearing: Probation (3) yrs as to Ct. I. w/sp. condition: (Electronic Monitoring) Home Confinement (120) days - ($4.25 rate). Financial disclosure clause imposed. No fine imposed. Assessed $100.00

Case Continued to: _____ Time _____ For _____

Misc.: Deft allowed to travel to Eastern Europe. Dism Cts. 2 & 3.