```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION

 3           CASE NO.:  00-CR-6281-HIGHSMITH

 4   THE UNITED STATES OF AMERICA,

 5                  PLAINTIFF,
                                              MIAMI, FLORIDA
 6        VS.                                 NOVEMBER 27, 2000

 7   VLADIMIR YAROSH,

 8                  DEFENDANT.
     _____
 9

10
                    TRANSCRIPT OF PLEA COLLOQUY
11         BEFORE THE HONORABLE SHELBY HIGHSMITH,
                 UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17
     APPEARANCES:
18
     FOR THE GOVERNMENT:   DIANA L.W. FERNANDEZ, A.U.S.A.
19                         OFFICE OF THE UNITED STATES ATTORNEY
                           500 E. BROWARD BOULEVARD - 7TH FLOOR
20                         FT LAUDERDALE, FL 33394 - 954-356-7254

21   FOR THE DEFENDANT:    JONATHAN H. ROSENTHAL, ESQ.
                           MALMAN, MALMAN & ROSENTHAL
22                         12955 BISCAYNE BOULEVARD - SUITE 202
                           N. MIAMI, FL 33181 - 305-891-0066
23
     REPORTED BY:          RANDALL J. BELSVIK, RPR
24                         OFFICIAL COURT REPORTER
                           99 N.E. FOURTH STREET, SUITE 1027
25                         MIAMI, FL 33132 - 305-523-5178
```

FILED by ___ D.C.
APPEAL
MAR 13 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**