```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 00-6281-CR-HIGHSMITH
UNITED STATES OF AMERICA

         v.

VLADIMIR YAROSH
_____/
```



## ORDER TERMINATING SUPERVISED RELEASE

The Court has carefully considered defendant Yarosh's Unopposed Motion for Early Termination of Probation, filed October 11, 2002. Upon review of said motion, the Court finds that this defendant has indeed, demonstrated his rehabilitation.

ACCORDINGLY, the Court grants defendant's motion and hereby ORDERS that the remaining sixteen (16) month term of Probation is hereby TERMINATED, effective this date.

DONE AND ORDERED this 17 day of October, 2002.

_____
SHELBY HIGHSMITH
United States District Judge

```
Copies to:
AUSA, Diane L.W. Fernandez, Esq.  (Ft. Lauderdale)
U.S. Probation - James Bros (Ft. Lauderdale)
Myles Malman, Esq.
3230 Stirling Road, Ste. 1
Hollywood, FL 33021
```